

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

March 18, 2024

<u>VIA ECF</u>

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States v. Jho (Hwa)*, No. 23-6333

Dear Ms. Wolfe:

    On behalf of Defendant-Appellant Roger Ng, I write to respectfully update the Court that, in addition to the dates previously noted (Dkt. 43), we are now unavailable for oral argument in the above-referenced appeal from April 29-May 10, May 29-June 3, June 12, and July 1-5.

    Respectfully submitted,

    /s/ Alexandra A.E. Shapiro

    Alexandra A.E. Shapiro

cc:    All Counsel (via ECF)