

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 3, 2024

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, N.Y. 10007

    Re:  United States v. Hwa,
         Docket No. 23-6333

Dear Ms. Wolfe:

    We respectfully submit this letter updating our oral argument statement pursuant to Local Rule 34.1(a).  This case is proposed for argument the week of October 14th.  The Assistant U.S. Attorney who is most familiar with the matters raised by this appeal, served as trial counsel below and will be arguing the appeal is unavailable that week.  She is also unavailable October 3rd and 4th.

    Thank you in advance for your attention to this matter.

    Respectfully submitted,

    BREON PEACE,
    United States Attorney

By:    /s/ Amy Busa
    Amy Busa
    Assistant U.S. Attorney
    (718) 254-6274

cc: Defense counsel, by ECF